

# SEALED

**Office of the United States Attorney**
**District of Nevada**
**501 Las Vegas Boulevard South,**
**Suite 1100**
**Las Vegas, Nevada 89101**
**(702) 388-6336**

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar No. 14853
   CHRISTOPHER BURTON
3  Assistant United States Attorney
   Nevada Bar No. 12940
4  District of Nevada
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
6  Christopher.Burton4@usdoj.gov
   *Representing the United States of America*

7
                    **UNITED STATES DISTRICT COURT**
8                        **DISTRICT OF NEVADA**

9  | IN RE SEARCH OF INFORMATION RELATING TO: | Case No. 2:18-mj-96-DJA |
10 | 2NDSECONDCHANCE2@GMAIL.COM | **Government's Motion to Unseal Case** |
11 | | |
   | THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | |
12 | | **(Under Seal)** |

13 | IN RE SEARCH OF INFORMATION RELATING TO: | Case No. 2:18-mj-97-DJA |
14 | ABOVEANDBEYONDHEAVEN@GMAIL.COM | **Government's Motion to Unseal Case** |
15 | | |
16 | THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | **(Under Seal)** |

17 | IN RE SEARCH OF INFORMATION RELATING TO: | Case No. 2:18-mj-98-DJA |
18 | | |
19 | UPLIFTINGBEHAVIORALHEALTH@GMAIL.COM | **Government's Motion to Unseal Case** |
20 | | |
   | THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | **(Under Seal)** |
21
22
23
24

| | |
|---|---|
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>LIGHTHOUSEBEHAVIORALHEALTHCARE@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-99-DJA<br><br>**Government's Motion to Unseal Case**<br><br>**(Under Seal)** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>ROBBAILEY1616@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-100-DJA<br><br>**Government's Motion to Unseal Case**<br><br>**(Under Seal)** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>BCLASSYHEN@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-101-DJA<br><br>**Government's Motion to Unseal Case**<br><br>**(Under Seal)** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>HUMBLEHEARTSBHS@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-102-DJA<br><br>**Government's Motion to Unseal Case**<br><br>**(Under Seal)** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>DIRECTORMILLIEX@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-103-DJA<br><br>**Government's Motion to Unseal Case**<br><br>**(Under Seal)** |

///

///

///

2

**CERTIFICATION: This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, CHRISTOPHER CHIOU, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to unseal the Search Warrants filed under the instant cases and all related documents in anticipation of producing the same as discovery in Case No. 2:21-cr-00236-JAD-EJY.

**DATED** this 13th day of September, 2021.

Respectfully,

CHRISTOPHER CHIOU
Acting United States Attorney

*/ s / Christopher Burton*

_____
CHRISTOPHER BURTON
Assistant United States Attorney

3

1   CHRISTOPHER CHIOU
    Acting United States Attorney
2   Nevada Bar No. 14853
    CHRISTOPHER BURTON
3   Assistant United States Attorney
    Nevada Bar No. 12940
4   District of Nevada
    501 Las Vegas Blvd. South, Suite 1100
5   Las Vegas, Nevada 89101
    (702) 388-6336
6   Christopher.Burton4@usdoj.gov
    *Representing the United States of America*

7

                    **UNITED STATES DISTRICT COURT**
8                       **DISTRICT OF NEVADA**

9   IN RE SEARCH OF
    INFORMATION RELATING TO:                Case No. 2:18-mj-96-DJA
10
    2NDSECONDCHANCE2@GMAI                    **Order to Unseal Case**
11  L.COM

12  THAT IS STORED AT PREMISES
    CONTROLLED BY GOOGLE
13

14  IN RE SEARCH OF
    INFORMATION RELATING TO:                Case No. 2:18-mj-97-DJA
15
    ABOVEANDBEYONDHEAVEN@                    **Order to Unseal Case**
16  GMAIL.COM

17  THAT IS STORED AT PREMISES
    CONTROLLED BY GOOGLE
18

19  IN RE SEARCH OF
    INFORMATION RELATING TO:                Case No. 2:18-mj-98-DJA
20
    UPLIFTINGBEHAVIORALHEAL                  **Order to Unseal Case**
    TH@GMAIL.COM
21
    THAT IS STORED AT PREMISES
22  CONTROLLED BY GOOGLE

23

24

                              4

| | |
|---|---|
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>LIGHTHOUSEBEHAVIORALHEALTHCARE@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-99-DJA<br><br>**Order to Unseal Case** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>ROBBAILEY1616@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-100-DJA<br><br>**Order to Unseal Case** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>BCLASSYHEN@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-101-DJA<br><br>**Order to Unseal Case** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>HUMBLEHEARTSBHS@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-102-DJA<br><br>**Order to Unseal Case** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>DIRECTORMILLIEX@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-103-DJA<br><br>**Order to Unseal Case** |

///

///

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this <u>14th</u> day of September, 2021.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

6